[No. 12797.  Department Two.  May 13, 1916.]

OREGON-WASHINGTON RAILROAD & NAVIGATION COMPANY *et al.,* *Respondents,* v. THE CITY OF SPOKANE, *Appellant.*[1]

Appeal from a judgment of the superior court for Spokane county, Kennan, J., entered January 5, 1915, setting aside an assessment roll for a public improvement, on appeal from the order of the city council confirming the roll. Reversed.

*H. M. Stephens, Wm. E. Richardson, Ernest E. Sargeant,* and *Dale D. Drain,* for appellant.

*A. C. Spencer* and *Hamblen & Gilbert,* for respondent Oregon-Washington R. & Nav. Co.

*F. W. Girand, Robertson & Miller,* and *Skuse & Morrill,* for respondents, except Oregon-Washington R. & Nav. Co.

PER CURIAM.—This is an appeal by the city of Spokane from a judgment of the superior court annulling and setting aside a reassessment roll. The case is similar to the case of *Nichols v. Spokane, ante* p. 235, 157 Pac. 863. The decision in that case, as well as this case, has been delayed awaiting the decision of *Kuehl v. Edmonds, ante* p. 195, 157 Pac. 850, upon rehearing.

For the reasons stated in the case of *Nichols v. Spokane, supra,* the judgment in this case will be reversed, and the cause remanded with direction to the superior court to enter a judgment confirming the reassessment roll.

[1]Reported in 157 Pac. 864.